# UNITED STATES DISTRICT COURT

for the
Eastern District of North Carolina

| | |
|---|---|
| **MICHELLE REGINA MORTON, individually and on behalf of all others similarly situated,** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 5:23-CV-633-D-BM |
| | ) |
| **MONSTER RESERVATIONS GROUP, LLC, a South Carolina company,** | ) |
| | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Anthony Barone, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Monster Reservations Group, LLC in Horry County, SC on November 7, 2023 at 4:12 pm at 4505 Socastee Blvd, Unit A, Myrtle Beach, SC 29588 by leaving the following documents with Rashad Brower who as Manager is authorized by appointment or by law to receive service of process for Monster Reservations Group, LLC.

Summons
Class Action Complaint
Civil Cover Sheet
Disclosure Statement
Litigation Hold Letter

Additional Description:
I delivered the documents to Rashad Brower, the Manager, who was authorized to accept them.

Black or African American Male, est. age 30-40, glasses: N, Black hair, 200 lbs to 220 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.6837115,-78.9877025

Proof Job #395792                    Monster Reservations Group                    Page 1

Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Horry County ,

SC on 11/10/2023 .

/s/ *Anthony Barone*

Signature
Anthony Barone
+1 (856) 466-0261

Proof Job #395792                    Monster Reservations Group                    Page 2



Exhibit 1a)

Proof Job #395792                    Monster Reservations Group