UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **MICHELLE REGINA MORTON,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> **MONSTER RESERVATIONS GROUP, LLC,** a South Carolina company, <br><br> *Defendant.* | Case No. 5:23-cv-00633-D |

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Michelle Regina Morton hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

DATED this 11th day of December, 2023.

By: /s/ *Ryan Duffy*
Ryan Duffy*
**The Law Office of Ryan P. Duffy, PLLC**
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399

Avi R. Kaufman
**KAUFMAN P.A**

237 South Dixie Highway, Floor 4
Coral Gables, Florida 33133
kaufman@kaufmanpa.com
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*

*\*Local counsel*